DANIELLE OCHS, State Bar No. 178677
dot@ogletreedeakins.com
TIMOTHY L. REED, State Bar No. 258034
timothy.reed@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendants
DOLLAR TREE STORES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. C. WARD II, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>DOLLAR TREE STORES, INC., a business entity, form unknown; DOLLAR TREE, INC., a business entity, form unknown; and Does 1 through 25, inclusive,<br><br>    Defendants. | Case No. 3:2014cv02858<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT DOLLAR TREE STORES, INC.; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:   May 22, 2014<br>Trial Date: |

PLEASE TAKE NOTICE that Defendant Dollar Tree Stores, Inc. has retained Ogletree, Deakins, Nash, Smoak & Stewart, P.C. to substitute as counsel for Littler Mendelson, P.C. in the above-captioned matter.

Withdrawing counsel for Defendant Dollar Tree Stores, Inc. are:

Oswald B. Cousins
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108-2693

Tarun Mehta
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant Dollar Tree Stores, Inc.:

Danielle Ochs
dot@ogletreedeakins.com
Timothy L. Reed
timothy.reed@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED:  September 9, 2014           DOLLAR TREE STORES, INC.


                                    By: /s/ *Amy Turk*


DATED:  September 9, 2014           LITTLER MENDELSON, P.C.

                                    By: */s/ Tarun Mehta*

1 | DATED: September 9, 2014

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Danielle Ochs*
 DANIELLE OCHS
 TIMOTHY L. REED

Attorneys for Defendants
DOLLAR TREE STORES, INC.

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: September 9, 2014

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Danielle Ochs*
 DANIELLE OCHS
 TIMOTHY L. REED

Attorneys for Defendant
DOLLAR TREE STORES, INC.

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: September 11, 2014

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

*Judge Thelton E. Henderson*

2   Case No. 3:2014cv02858
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR
DEFENDANT DOLLAR TREE STORES, INC.; [PROPOSED] ORDER